CODY J. SHAVER, Esq. (SBN 319362)
SHAVER LEGAL, APC
4411 Highland Place
Riverside, CA 92506
Phone: (800) 672-4159
Facsimile: (951) 848-9489
Email Address: cshaver@shaverlegal.com

Attorney for Plaintiffs
WENDY ROSALES
CHRISTOPHER ROSALES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY ROSALES, an individual; CHRISTOPHER ROSALES, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY, a Texas Corporation; and DOES 1 through 100, Inclusive, <br><br> Defendants. | **Case No.: 5:21-cv-01692-JGB-KK** <br><br> [Hon. Jesus G. Bernal; Courtroom 10C] <br><br> **NOTICE OF SETTLEMENT OF ENTIRE ACTION** <br><br> [San Bernardino Superior Court Case number CIVSB2122957] <br><br> Case Removed on October 5, 2021 |

    PLEASE TAKE NOTICE that the parties have reached a settlement resolving all claims in this action.

DATED: May 16, 2023                          SHAVER LEGAL, APC

                                       By: /s/ Cody J. Shaver _____
                                               Cody J. Shaver, Esq.
                                               Jason J. Fratts, Esq.
                                               Attorneys for Plaintiffs
                                               WENDY ROSALES
                                                 CHRISTOPHER ROSALES